BEFORE THE FIRST DIVISION, SEPTEMBER 5, 1967

**No. P67/285.**—James A. Cole Co., Inc. *v.* United States, protests 63/16399, etc. (New York).

**No. P67/286.**—Otto Kadmon, Inc. *v.* United States, protest 65/8902 (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of light sets

similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (57 Cust. Ct. 348, C.D. 2813), the claim of the plaintiffs was sustained.